

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL McDEVITT,<br>Defendant. | Case No. CR 25-81-MWF<br>ORDER OF DETENTION |
|---|---|

I.

On April 14, 2025, Defendant Michael McDevitt made his initial appearance on the Indictment filed in this case. Deputy Federal Public Defender Jacqueline Marrinson was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney ("AUSA") Christina Lopez. A detention hearing was held.

☒   On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒   On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)]

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒  History of substance abuse

As to danger to the community:

☒  Seriousness of allegations in the indictment and that the offense conduct was repeated: Defendant is alleged to have provided fentanyl to a victim who overdosed, injected the victim with methamphetamine in an effort to revive hour and hours later, took the victim, who had already passed away, to a fire station. One year later, Defendant is alleged to have repeated this conduct with another victim who overdosed after taking fentanyl that was provided by Defendant. That victim later died from an unrelated overdose.

☒  Significant and extensive criminal history including misdemeanor and felony convictions for drugs, theft, weapons, fraud and battery, and extensive law enforcement contacts.

☒  History of substance abuse

V.

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal

for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: April 14, 2025

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE